FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

FEB 27 2018
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Jamahl Rice 451 861
14100 mcmullen Hghwy
Cumberland md 21502

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. RDB-18-600
(Leave blank. To be filled in by Court.)

Dr. Ashtraf 14100 mcmullen Highway
P.A Holly Pierce 14100 mcmullen Highway
M.D Joubert curtis 14100 mcmullen Highway
X-Ray Radioligist 14100 mcmullen Highway

(Full name and address of the defendant(s))

## COMPLAINT

I.  **Previous lawsuits**

   A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐    NO ☒

   B.  If you answered YES, describe that case(s) in the spaces below.

   1.  Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. **Administrative proceedings**

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES ☒   NO ☐

1. If you answered YES:

    a. What was the result? Never responded also injury is very severe needs immediate attentention

    b. Did you appeal to the Commissioner?

    YES ☐   NO ☒

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the

Commissioner. medical need urgent!

3. Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

   YES ☒    NO ☐

4. If you answered YES, explain what you filed and what was the result.

   wrote Board of nursing a complaint

B. If you are not in a Division of Correction facility, is there a grievance procedure at your institution?

   YES ☐    NO ☐

If your answer is YES:

1. Did you file a grievance?

   YES ☐    NO ☐

2. If you filed a grievance what was the result? _____

3. If you did not file a grievance explain why not? _____

III. **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

on 1-15-18 I dislocated my Left shoulder on 1-16-18 I saw docter ashraf and he sent me to get a X-Ray I took the X-Ray and was not given any results. 3 days past since the X-Ray and the docter told me he saw it said "No change" So I was not sent to the hospital yet or given any Pain medication its now 33 days and my Shoulder is still dislocated and I am Being refused treatment, They say I do this to myself there fore I have to deal with it and they were told By the mD Joubert To never see me for this Problem Beause I do it. That is not right and I am suffering in this cell everyday that my Shoulder is dislocated all they have to do is Send me to the ER or to see a specialist They are not

IV. **Relief**
(State briefly what you want the Court to do for you.)

I would like for the courts to order medical to send me to the ER to get my Shoulder Reduced its Been to Long, also I need the court to Tell Them To Treat my Hep C. Please Treat this as an emergency This is my last resort. emergency b

SIGNED THIS _19_ day of, _feburaray_ , ____.

_/s/ Jomeel_
(original signature of plaintiff)

14100 mcmullen Highway
Cumberland md 21502

_____
(address of plaintiff)

doing anything about it. The Emergency Room Told me To follow up with an orthopedic surgeon and That was never done. The medical Department has no regards for my medical condition and Its sad. P.A Holly Told me To Live with it" were not going To keep sending you out" or you do It yourself. I have had 5 surgerys To correct This problem so If I was coasing This on my own why would I want To fix The problem It makes no Logical since my Shoulder Is never Supposed To stay dislocated No matter If I do It on my own or not I can't Sleep Becuase of The pain I am depressed Becuase I know I do not deserve To Be Treated Like This while These people go home and enjoy Life I have To sit In a Box and suffer with a dislocated shoulder for 33 days Not including The Time It will Take for you To get This. I also have hepC and The state knew about this for 5 months now I have high Levels with a Swollen Liver Not once has a docter checked on me To See If my Liver Is Still Swollen If my Levels got higher, Lord knows what The Infection Is doing To my Body I have Been having hot cold sweats, fever, fatigue, nose Bleeds and my organs ache at night I am 100% Sure Some Thing Is not right with my Body I need Help my mom Is worried sick.